Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINT ENGELBRETSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAGELCODE USA, INC., a Washington corporation; GOOGLE LLC, a Delaware limited liability company; and GOOGLE PAYMENT CORP., a Delaware corporation,<br><br>Defendants. | Case No. 5:21-cv-04807-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Clint Englebretson hereby dismisses his lawsuit against Defendants Bagelcode USA, Inc., Google, LLC, and Google Payment Corp. without prejudice. Plaintiff's case was filed in the Western District of Washington, case number 21-cv-00296, and transferred to the Northern District of California as part of MDL 3001.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

Notice of Voluntary Dismissal

- 1 -

1     (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (ii) a stipulation of dismissal signed by all parties who have appeared.

    (B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendants have neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i) without prejudice.

Dated: June 23, 2021          **CLINT ENGELBRETSON**, individually and on behalf of all others similarly situated,

By: /s/ Patrick H. Peluso
    One of Plaintiff's Attorneys

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

Notice of Voluntary Dismissal

- 2 -

*\* Pro Hac Vice*

Notice of Voluntary Dismissal